# Third District Court of Appeal

## State of Florida

Opinion filed December 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2203
Lower Tribunal No. 17-89-M
_____

**Krapff, Gray, and Nightengale Properties, LLC**,
Appellant,

vs.

**Wilmington Trust, National Association, Not in its Individual Capacity, but Solely as Trustee of MFRA Trust 2014-2,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Florin, Gray, Bouzas and Owens, LLC, and Christopher D. Gray (Lutz), for appellant.

Atlas | Solomon, PLLC, Eric M. Levine, and Eric S. Matthew (Stuart), for appellee.

Before LOGUE, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Because the trial court's findings are supported by competent, substantial evidence, we affirm.  See <u>Marrone v. Miami Nat'l Bank</u>, 507 So. 2d 652, 653 (Fla. 3d DCA 1987) ("In a non-jury case, it is the trial court's duty to reconcile conflicts in the testimony, to judge the credibility of witnesses, and to determine the weight of the evidence presented.  This court will not disturb the trial court's findings, which are presumed correct, unless they are totally unsupported by competent and substantial evidence.") (internal citations omitted); § 673.3091, Fla. Stat. (2023).